IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Advanced Technology Innovation Corp., *et al.*, | : | |
| Plaintiffs | : | Civil Action 2:06-cv-00731 |
| | : | Judge Sargus |
| v. | : | Magistrate Judge Abel |
| Snow Aviation International, Inc., | : | |
| Defendant | : | |

## ORDER

This matter is before the Court on plaintiffs Advanced Technology Innovation, Corp. and Precision Resources Company, Inc.'s October 3, 2006 motion for default judgment against defendant Snow Aviation International, Inc. (Doc. 10.)

On August 31, 2006, Snow Aviation International, Inc. was served (doc. 8). Defendant has not answered or otherwise responded to plaintiffs' complaint. On September 25, 2006, the Clerk of Court entered default (doc. 9).

Plaintiff Advanced Technology seeks $96,423.68 plus the statutorily allowed amount of six percent interest per annum on each of its twenty-seven unpaid invoices. The following is a list of the unpaid amounts invoiced by Advanced Technology with the dates upon which the accrual of six percent interest on each amount should commence:

Amount Unpaid + Six percent interest accrual commencing on
$4,265.36 5/7/06
$5,857.10 4/30/06
$5,954.60 4/23/06
$6,734.60 4/16/06

$5,857.10 4/9/06
$6,588.35 4/2/06
$7,276.25 3/26/06
$9,822.05 3/19/06
$8,930.48 3/12/06
$9,085.40 3/5/06
$5,358.80 2/26/06
$8,064.92 2/19/06
$2,812.95 2/12/06
$2,990.61 2/5/06
$2,857.37 1/29/06
$3,967.74 1/22/06
[$96,423.68]

Plaintiff Precision seeks $55,177.20 plus the current statutorily allowed amount of six

percent interest per annum on each of its thirteen unpaid invoices. The following is a list of the

unpaid amounts invoiced by Precision with the dates upon which the

accrual of six percent interest on each amount should commence:

Amount Unpaid + Six percent interest accrual commencing on
$3,369.60 5/7/06
$3,564.00 4/30/06
$3,369.60 4/23/06
$3,564.00 4/16/06
$3,564.00 4/9/06
$3,564.00 4/2/06
$4,147.20 3/26/06
$5,119.20 3/19/06
$5,119.20 3/12/06
$5,119.20 3/5/06
$5,022.00 2/26/06
$4,827.60 2/19/06
$4,827.60 2/12/06
[$55,177.20]

Plaintiffs also seek to recover their attorney fees accrued in collecting the debts

owed to them and in enforcing the terms of their contracts with Defendant through this

action, which currently total $3,122.78, their costs for service upon Defendant of $75.00,

and their court costs of $350.00, plus the statutorily allowed amount of six percent interest per

annum on its attorney fees and costs, to begin accruing from the date the Court enters judgment.

Accordingly, plaintiffs Advanced Technology Innovation, Corp. and Precision Resources Company, Inc.'s October 3, 2006 motion for default judgment against defendant Snow Aviation International, Inc. (doc. 10) is GRANTED. Accordingly, having been adjudged to be in default, defendant shall pay damages to plaintiff Advanced Technology Innovation Corp. in the amount of $96,423.68 plus six percent interest per annum on that amount commencing from the dates that each portion of that amount became due (based on the date of each invoice as listed above) and $1,773.89 for its one-half share of attorney fees and costs in this action, plus six percent interest per annum on that amount from the date of judgment. Defendant shall pay damages to plaintiff Precision Resources Company, Inc. seeks a judgment against Defendant in the amount of $55,177.20 plus six percent interest per annum on that amount commencing from the dates that each portion of that amount became due (based on the date of each invoice as listed above) and $1,773.89 for its one-half share of attorney fees and costs in this action, plus six percent interest per annum on that amount from the date of judgment.

11-06-2006

Edmund A. Sargus, Jr.
United States District Judge