AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**ADVANCED TECHNOLOGY**
**INNOVATION CORP., et al.,**

       **Plaintiffs,**

               **JUDGMENT IN A CIVIL CASE**

vs.

               **CASE NO.  C2-06-731**
**SNOW AVIATION INTERNATIONAL,**   **JUDGE EDMUND A. SARGUS, JR.**
**INC.**                                   **MAGISTRATE JUDGE MARK R. ABEL**

       **Defendant.**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

     **Pursuant to the Order filed November 6, 2006, Default Judgment is hereby entered against Defendant Snow Aviation International, Inc.**

Date: November 6, 2006                         JAMES BONINI, CLERK

                                               */S/ Andy F. Quisumbing*
                                               (By) Andy F. Quisumbing
                                               Courtroom Deputy Clerk